UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
SUSAN RUSSO                              ORDER

-against-                           CV06-6107    (JBW)

UNITED STATES OF AMERICA et ano
------------------------------X

FILED IN CLERK'S OFFICE MAR 0 5 2007 U.S. DISTRICT COURT E.D.N.Y BROOKLYN OFFICE

    The case listed above having been assigned to me for all purposes, including trial, the attorneys for all parties shall appear in Courtroom 10, Sixth Floor, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at *11:30 a.m.* on *3/15/07* to discuss the possibility of settlement, to set a schedule for completing preparation for trial, and to fix trial dates.

    Before appearing, counsel shall consult with each other on such matters as settlement, prospective motions, necessity of a formal pre-trial order, time to complete preparation for trial and estimated time required for trial.

    If counsel believe that complexities or urgencies of the litigation require an earlier or more extensive preliminary discussion they shall inform the court by telephone or letter. Such discussion will then be arranged.

    If a case has been terminated, a letter to that effect shall be sent to chambers and counsel need not appear in person.

    If the date or time specified is inconvenient, counsel may request an adjournment by telephone or in writing at least twenty-four hours before the scheduled time.

    If the conference should not be held, counsel should stipulate, if possible, and inform the court promptly by telephone or letter. *Telephone June Lowe at (718) 613-2525*

    Failure to appear or communicate with the Court prior to the time set will be deemed a default.

    The clerk shall inform all counsel. Nevertheless, since the records of this court are sometimes not complete, counsel for plaintiff is respectfully requested to ensure that all counsel in the case are aware of this order.

Dated: Brooklyn, New York
        3/1/07

                                         JACK B. WEINSTEIN
                                         UNITED STATES DISTRICT JUDGE