D-7

HONORABLE ROBERT M. LEVY  
UNITED STATES MAGISTRATE JUDGE  
DOCKET NO. 06 CV 6107 (JBW) (RML)

TIME: 11:00 AM  
DATE: March 15, 2007  
CASE: Russo v. USA

__X__ INITIAL CONFERENCE  
____ SETTLEMENT CONFERENCE  
____ FINAL/PRE-TRIAL CONFERENCE

____ DISCOVERY CONFERENCE  
____ OTHER / STATUS CONFERENCE  
____ HEARING / ORAL ARGUMENT

**FOR MAGISTRATE USE ONLY:**

NON DISPOSITIVE MOTION  
____ ORDER ONLY

NON DISPOSITIVE MOTION  
____ OPINION (ORAL/WRITTEN)

**START TIME:**_____ **END TIME:**_____ **TOT:** ___15 ____30 ____60 **OTHER:**_____

APPEARANCES:

FOR PLAINTIFF: _Peter Christy_         TELEPHONE # _____  
FOR DEFENDANT: _Did NOT appear_   TELEPHONE # _____  
FOR DEFENDANT: _____   TELEPHONE # _____  
FOR DEFENDANT: _____   TELEPHONE # _____  
FOR DEFENDANT: _____   TELEPHONE # _____

____ CONSENT TO ELECTRONIC CASE FILING/OBJECTIONS BY _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY

PLAINTIFF _____                DEFENDANT _____

THE FOLLOWING RULINGS WERE MADE: **PLEASE TYPE THE FOLLOWING ON THE DOCKET SHEET.**