LAW OFFICES

# Petrocelli & Christy

217 BROADWAY - SUITE 505
NEW YORK, NY 10007

TEL: (212) 571-7000
(212) 571-6440
FAX: (212) 571-6454

RICHARD N. PETROCELLI
PETER BASIL N. CHRISTY
MICHAEL D. ZENTNER
MICHAEL R. PETROCELLI

RICHARD J. JAEGERS
OF COUNSEL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 23 2007
P.M. _____
TIME A.M. _____

March 20, 2007

Hon. Justice Jack B. Weinstein
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

*motion granted*
*JW 3/22/07*

Re: Susan Russo v. United States of
America, et al.
Docket #: CV06-6107
Our File #: 5334 PI

Dear Justice Weinstein:

Please be advised that this office represents plaintiff, Susan Russo, in the above-referenced action.

We write to respectfully request an Order exempting this office from complying with the mandates of the electronic case-filing program. In support of this request, please be advised that the above-captioned action is our only case pending in Federal Court. In that our firm consists of only four attorneys and we rarely practice in Federal Court, we do not currently have the technological means necessary to participate in the electronic filing program and to do so would cause a hardship on this office. We therefore most respectfully request an exemption from the program. Thank you for your consideration in this matter.

Very truly yours,

PETROCELLI & CHRISTY

MICHAEL D. ZENTNER (2760)

MDZ/ck

cc: US Attorneys Office