

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*

*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

March 23, 2007

**VIA ECF**
Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re: Russo v. USA et al.*
       Civil Action No. CV 06-6107 (E.D.N.Y.)

Dear Judge Weinstein:

  Enclosed is a proposed Stipulation and Order of Transfer to the Southern District of New York for your signature.

        Respectfully submitted,

        ROSLYNN R. MAUSKOPF
        United States Attorney

    By: _____
      JENNIFER SCHANTZ
      Assistant U.S. Attorney
      (718) 254-7035

cc: Michael Zentner, Esq.
   PETROCELLI & CHRISTY LLP
   Attorneys for Plaintiff
   217 Broadway
   Suite 505
   New York, New York 10007