UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

SUSAN J. RUSSO,

       Plaintiff,

- against -

UNITED STATES OF AMERICA and
MICHAEL WESOLOWSKI,

       Defendants.

- - - - - - - - - - - - - - - - - - - X

STIPULATION AND
ORDER OF TRANSFER
TO THE SOUTHERN
DISTRICT OF NEW YORK

Civil Action
No. CV-06-6107

(Weinstein, J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 13 2007 ★
P.M.
TIME A.M.

WHEREAS, plaintiff filed a complaint on or about November 15, 2006, in the Eastern District of New York, pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq., and

WHEREAS, copies of the summons and complaint were served on the United States Attorney's Office for the Eastern District of New York on or about March 15, 2007, and

WHEREAS, the complaint alleges that plaintiff is a resident of New York County and that the incident at issue took place in New York County, and

WHEREAS, 28 U.S.C. § 1402(b) provides that this action "may be prosecuted only in the judicial district where plaintiff resides or wherein the act or omission complained of occurred," and

WHEREAS, plaintiff and defendant United States of America consent to the transfer of this action to the Southern District of New York,

2

IT IS STIPULATED AND AGREED, by and between plaintiff and defendant United States of America, that this action be transferred, pursuant to 28 U.S.C. § 1406(a), to the Southern District of New York.

March 22 2007

| | |
|---|---|
| PETROCELLI & CHRISTY LLP<br>Attorneys for Plaintiff<br>217 Broadway<br>Suite 505<br>New York, New York 10007<br><br>By: _____<br>MICHAEL D. ZENTNER (MZ2760)<br>(212) 571-7000 | ROSLYNN R. MAUSKOPF<br>United States Attorney<br>Eastern District of New York<br>Attorney for Defendant<br>  United States of America<br>147 Pierrepont Plaza<br>Brooklyn, NY 11201<br><br>By: _____<br>JENNIFER SCHANTZ (JS 9318)<br>Assistant U.S. Attorney<br>(718) 254-7035 |

SO ORDERED:

Brooklyn, New York
4/12, 2007

_____
JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE