UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
   Clerk
TERRY VAUGHN
   Chief Deputy Clerk

PLEASE REPLY TO:

  X   **BROOKLYN OFFICE**
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

April 13th, 2007

To:   Clerk
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   In re *Susan J. Russo v. United States of America et al.*

   Civil Action Number 06-cv-6107 (JBW)

Pursuant to the Transfer Order directing the transfer of the above referenced action to the Southern District of New York, the following documents are herewith enclosed:

    X    Certified Copy of the Transfer Order

    X    Certified Copy of the Docket Sheet

         Entire File

    X    Other: Entire case filed electronically;

Documents may be retrieved utilizing the PACER System on the Court's website:

**www.nyed.uscourts.gov**

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN
Clerk of Court

By: C. Barrett
Deputy Clerk

_____

Encl.