U.S. Department of Justice

United States Attorney
Southern District of New York

*86 Chambers Street – 3rd Floor*
*New York, New York 10007*

June 5, 2007

BY HAND
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Susan J. Russo v. U.S.A., 07 Civ. 03096 (SAS) (DCF)

Dear Judge Scheindlin:

      This Office represents the United States in the above-referenced personal injury action brought under the Federal Tort Claims Act. I write respectfully to request that defendant have until July 9, 2007, to answer or move with respect to the complaint. This is the first request for an extension of that deadline.

      By way of background, this matter was recently transferred to this District from the Eastern District of New York. The Attorney General has no record of being served with the complaint within 120 days of the filing of the action, i.e., by March 15, 2007, as required by Rule 4(m) of the Federal Rules of Civil Procedure. Today I received copies of postal receipts from plaintiff indicating that a copy of the complaint was sent to the Attorney General by certified mail on March 15, 2007. The extension is requested because of the press of business and so that defendant may have sufficient time to answer or move with respect to the complaint, now that it appears that the complaint was timely served. Plaintiff consents to the requested relief. Thank you for your consideration.

      Respectfully,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
      JOSEPH A. PANTOJA
      Assistant United States Attorney
      Tel: (212) 637-2785
      Fax: (212) 637-2750

*[Handwritten notation: Request granted. Defendant's time to move or answer is extended to and including July 9, 2007. So Ordered. [signature] USDJ 6/6/07]*

cc: <u>By Facsimile & Federal Express</u>
    Michael D. Zentner, Esq.
    Petrocelli & Christy, Esqs.
    217 Broadway, Suite 505
    New York, NY 10007-2918
    Tel.: (212) 571-7000
    Fax: (212) 571-6454)