**Certificate of Service**

I, JOSEPH A. PANTOJA, Assistant United States Attorney for the Southern District of New York, hereby certify that on the 9th day of July, 2007, I caused the service of a true copy of the foregoing Answer by mail upon plaintiff addressed as follows:

> Michael D. Zentner, Esq.
> Petrocelli & Christy, Esqs.
> 217 Broadway, Suite 505
> New York, NY 10007-2918

Dated: New York, New York
       July 9, 2007

　　　　　　　　　　　　　　　　　　　　　　／s／  Joseph A. Pantoja
　　　　　　　　　　　　　　　　　　　　　JOSEPH A. PANTOJA