UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
*Russo*
:
v
:
*United States*
:
:
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07
```

~~ORDER OF REFERENCE~~
TO A MAGISTRATE JUDGE

07 Civ. 3096 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_  Specific Non-Dispositive Motion/Dispute:*

\_\_  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓  Settlement*

\_\_  Inquest After Default/Damages Hearing

\_\_  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_  Habeas Corpus

\_\_  Social Security

\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        Jul 13, 2007

                                    _____
                                    United States District Judge

\* November would be best