

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Susan J. Russo　　　　　　　　　　　　:　　　　　AMENDED
　　　　　　　　　　　　　　　　　　　　　　　　　**SCHEDULING ORDER**
　　　　　　　　Plaintiff,　　　　　　　:　　　　　　　03096
　　　　　　　　　　　　　　　　　　　　　　　　07　Civ. 03096(SAS)
　　　- against -　　　　　　　　　　　　:　　　　　Conference Date:

U.S.A. and Michael Wesolowiski　　　　 :

　　　　　　　　Defendant(s).　　　　　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

　　　　WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on　　　　　　　　　(the "Order); and

　　　　WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

　　　　NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)　　the date of the conference and the appearances for the parties;

　　　July 13, 2007

(2)　　a concise statement of the issues as they then appear;

　　　Unchanged.

(3)　　a schedule including:

　　　(a) the names of persons to be deposed and a schedule of planned depositions;

　　　Defendants, Michael Vukek and Michael Wesolowski and further deposition
　　　of plaintiff (if necessary) by 12/31/07.
　　　(b) a schedule for the production of documents;

　　　Exchange of documents to be completed by 1/23/08.

　　　(c) dates by which (i) each expert's reports will be supplied to the adverse side and
(ii) each expert's deposition will be completed;
　　　Expert reports to be exchanged by 1/23/08.　Expert depositions to be
　　　completed by 2/6/08.
　　　(d) time when discovery is to be completed;
　　　Discovery to be completed by 2/6/08.

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____ March 4, 2008, at 4:00 p.m. _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;
Unchanged.

(7) anticipated length of trial and whether to court or jury;
Unchanged.

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

Michael D. Zantner
Petrocelli & Christy
217 Broadway, Suite 505 NY, NY (212)571-7000

SO ORDERED:

_SHIRA A. SCHEINDLIN_
U.S.D.J.
11/30/07

A.U.S.A. Joseph A. Pantoja
86 Chambers Street, 3rd Fl.
NY, NY 10007
(212)637-2785