MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2785
Fax: (212) 637-2750
E-mail: joseph.pantoja@usdoj.gov

RECEIVED
CHAMBERS OF

FEB 1 5 2008

JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUSAN J. RUSSO,                                     :

               Plaintiff,          :         07 Civ. 03096 (SAS) (DCF)

      -against-                              :

UNITED STATES OF AMERICA and MICHAEL   :
WESOLOWSKI,
                                                    :         REVISED
               Defendants.                   SCHEDULING ORDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The following revised scheduling order shall govern completion of discovery in this matter:

       A.    Fact Discovery: Fact discovery shall be completed ~~and all motions related to fact discovery shall be filed~~ by March 24, 2008.

       B.    Expert Discovery: Depositions of experts, if any, shall be completed by March 24, 2008.

       C.    Non-Discovery Motions: All non-discovery motions which do not concern amendment of pleadings or joinder of parties, including dispositive motions, must be served by April 30, 2008.

D.  **Final Pre-Trial Conference:** _April 2_, 2008 at 4:30

E. No further adjournments for any reason.

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN
U.S. District Court Judge

2/7/08