MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street -- 3rd floor
New York, New York 10007
Tel.: 212-637-2785
E-mail: joseph.pantoja@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SUSAN J. RUSSO,

    Plaintiff,

  v.

UNITED STATES OF AMERICA and
MICHAEL WESOLOWSI,

    Defendants.
------------------------------------x

07 Civ. 3096 (SAS) (DCF)

STIPULATION AND ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that:

  1. Plaintiff Susan J. Russo dismisses her claims against Michael Wesolowski with prejudice, and the United States of America is hereby substituted as defendant pursuant to 28 U.S.C. § 2679(d).

2. The caption of this action shall be amended to reflect this dismissal, so that the amended caption shall be:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
SUSAN J. RUSSO,                 :
                                :
          Plaintiff,            :
                                :   07 Civ. 3096 (SAS) (DCF)
     v.                         :
                                :
UNITED STATES OF AMERICA,       :
                                :
          Defendant.            :
------------------------------- x
```

Dated: New York, New York
       ~~February~~ 7, 2008
       March

                    MICHAEL J. GARCIA
                    United States Attorney for the
                    Southern District of New York
                    Attorney for Defendant United States

              By:   _____
                    JOSEPH A. PANTOJA
                    Assistant United States Attorney
                    86 Chambers Street -- 3rd floor
                    New York, New York 10007
                    Tel: (212) 637-2785
                    Fax: (212) 637-2750
                    E-mail: joseph.pantoja@usdoj.gov

Dated:  New York, New York
        February   , 2008

                              PETROCELLI & CHRISTY
                              Attorneys for Plaintiff

                         By:  _____
                              PETER N. CHRISTY, ESQ.
                              217 Broadway, Suite 505
                              New York, New York 10007-2918
                              Tel:  (212) 571-7000
                              Fax:  (212) 571-6454
                              E-mail: petrocelli-christy@msn.com

SO ORDERED:

_____    3/10/08
SHIRA A. SCHEINDLIN
United States District Judge