UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SUSAN J. RUSSO,

          Plaintiff,

          07 Civ. 3096 (SAS) (DCF)

v.

          PRIVACY ACT ORDER

UNITED STATES OF AMERICA,

          Defendant.
------------------------------------------------------------- x

JUDGE SCHEINDLIN
ORIGINAL
3/10/08

    Plaintiff having made discovery requests pursuant to Federal Rule of Civil Procedure 34, and defendant (the "government") having objected on the ground that the government is prohibited from producing certain materials to plaintiff by the Privacy Act of 1974, 5 U.S.C. § 552a, and it appearing that disclosure of such materials is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith, it is ORDERED, that

    1.    To the extent that the government objects to these initial disclosures or any other information or material sought by plaintiff during the course of this action on the ground that such production is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, the government's objection is overruled and the government shall produce the requested documents and other information or material. 5 U.S.C. § 552a(b)(11).

2.  This Order is without prejudice to any other objections the government may have to plaintiff's discovery requests.

SO ORDERED.

Dated: New York, New York
       March 10, 2008

SHIRA A. SHEINDLIN
United States District Judge

The entry of this Order is consented to by the parties to this action.

Dated: New York, New York
       February __, 2008

PETROCELLI & CHRISTY
Attorneys for Plaintiff

By: _____
PETER N. CHRISTY, ESQ.
217 Broadway, Ste 505
New York, NY 10007-2918
Telephone: 212.571-7000
Fax: 212.571.6454
E-mail: petrocelli-christy@msn.com

Dated: New York, New York
       ~~February~~ March 7, 2008 JP

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOSEPH A. PANTOJA
Assistant U.S. Attorney
86 Chambers Street
New York, New York 10007
Telephone: 212.637.2785
Fax: 212.637.2750
E-mail: joseph.pantoja@usdoj.gov

2